# UNITED STATES DISTRICT COURT
### For the District of Columbia

THEODORA MAYBERRY                          :
  2629 Stanton Road, SE                   :
  Apt. 303                               :
  Washington, D.C. 20020                 :
              Plaintiff,        :
                                  :
           v.                    :      Civil Action No.
                                  :

UNITED STATES OF AMERICA                   :
  950 Pennsylvania Avenue, N.W.          :
  Washington, D.C. 20530,                :
**Serve**:   The Honorable Merrick B. Garland    :
Attorney General of the United States          :
United States Department of Justice            :
950 Pennsylvania Avenue, N.W.                  :
Washington, D.C. 20530                         :
                                :
Matthew M. Graves, Esq.                         :
United States Attorney for the District of     :
Columbia,Office of the United States Attorney  :
555 Fourth Street, N.W.                         :
Washington, D.C. 20001                          :
                 Defendant          :
_____:

## ——— C O M P L A I N T ———

### Introduction

      This is a Federal Tort Claims Act action for personal injuries suffered by a resident of the District of Columbia who was involved in a traffic accident on November 27, 2019 in the District of Columbia with a vehicle owned by the United States which was being operated within the scope of his employment by an employee of the United States Postal Service.

## Jurisdiction and Venue

1.    The Plaintiff Theodora Mayberry is an adult resident of the District of Columbia residing at 2629 Stanton Road, SE, apartment 303, Washington, D.C. 20020.

2.    Pursuant to 28 U.S.C. 2675(a), the Plaintiff presented a written claim identifying the incident and damages which are the subject of this action to the United States Postal Service on or about December 4, 2020.

3.    This lawsuit is filed within six months of the United States Postal Service's administrative denial of claim letter to Plaintiff received on or about December 1, 2021 pursuant to 28 U.S.C. 2671therefore Plaintiff has the right to institute this action.

4.    All acts hereinafter alleged occurred within the District of Columbia.

5.    Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1346(b)(1).

6.    Venue is proper in this District pursuant to 28 U.S.C. 1391(e).

## Statement of Facts

7.    On or about November 27 at approximately 7:20 pm, Plaintiff was a passenger in a motor vehicle in the parking lot at 2629 Stanton Road, SE, Washington, D.C. 20020.

8.    At that same time and place, a motor vehicle operated by Yuneek Morton acting within the scope of her employment for the United States Postal Service was backing into a parking space as Plaintiff's vehicle pulled into the parking lot.

9.    As Plaintiff's pulled into the parking lot, defendant's vehicle backed into the passenger side of Plaintiff's vehicle.

10.     At that time and at all other times hereinafter alleged, Ms. Morton was operating her automobile with the express or implied permission of the United States and within the scope of her employment by the United States Postal Service.

11.     At all material times, defendant had the duty to Plaintiff to drive reasonably under the circumstances and to pay full time and attention, keep a proper lookout, keep a safe distance from the vehicle ahead, yield the right of way, and drive safely so as to not cause unreasonable harm to others including plaintiff.

12.     The defendant failed to so operate her motor vehicle and caused the aforementioned vehicles to collide.

13.     As a direct and proximate result of defendant's negligence, Plaintiff Mayberry (i) suffered painful and possibly permanent injuries to her person, (ii) endured emotional distress, (iii) incurred and may continue to incur medical expenses and (iv) lost and may continue to lose wages, all to her damage in the amount of fifty thousand dollars.

WHEREFORE, Plaintiff respectfully request judgment against Defendant in the amount of $50,000.00 of which amount represents compensatory damages plus costs of suit and such other and further relief as this Court deems just and proper.

Dated: February 28, 2022                    Respectfully Submitted,

/S/ Arya Mohsen
_____
Arya Mohsen
Maloney & Mohsen PLLC
5039 Connecticut Avenue, NW
Building 1
Washington, DC 20008-2056
Tel: (202) 237-6800